UNITED STATES DISTRICT COURT    <u>Sentencing Date: 3/20/15 @ 2:30 PM before</u>
EASTERN DISTRICT OF NEW YORK    <u>Judge Korman</u>
------------------------------------------------------x

      United States of America      :

              - against -      :    14 - CR -00185-(2) (ERK) (RER)

      Robert Michael Stewart      :

------------------------------------------------------x

**RAMON E. REYES, JR., U.S.M.J.:**

RECEIVED IN CHAMBERS OF HON. RAMON E. REYES, JR.
NOV 10 2014
TIME A.M. _____
P.M. _____

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE RAMON E. REYES, JR.

      United States Magistrate Judge Ramon E. Reyes, Jr. has informed me of my right to have my plea taken before a United States District Judge.  I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Ramon E. Reyes, Jr.  I understand that I will suffer no prejudice if I refuse to so consent.  I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Ramon E. Reyes, Jr.

_____
Defendant

**Loretta Lynch**
United States Attorney, E.D.N.Y.

By: _____
      Assistant United States Attorney

_____
Attorney for the Defendant

Dated: **November 10, 2014**
       Brooklyn, New York